UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Allen Redding on behalf of minor son D.R.,<br><br>     Plaintiffs,<br><br> -vs-<br><br>Kenmare Public School, through its Board of Education; Alex Hennix, in her official and individual capacity; Doe Defendants 1-20, in their individual and official capacity,<br><br>     Defendants. | Civil No. 1:23-cv-25<br><br>NOTICE OF APPEARANCE |

**[¶1]**   **PLEASE TAKE NOTICE** that Daniel L. Gaustad and Joseph E. Quinn, Pearson Christensen, PLLP, 24 N 4th Street, Grand Forks, ND 58203, hereby make an appearance as counsel for Kenmare Public School, through its Board of Education, Alex Hennix, in her official and individual capacity, (herein collectively referred to as Defendants). By this appearance, Defendants do not waive, nor do they intend to waive, any defenses available to them. To the contrary, Defendants hereby assert and preserve all defenses to Plaintiffs' complaint available to them pursuant to Federal and/or State of North Dakota laws, as well as under Rules 8, 9, 11 and 12 of the Federal Rules of Civil Procedure. This includes (but not by way of limitation) immunity from suit.

**[¶2]**   **DATED** this 17th day of February, 2023.

                  **PEARSON CHRISTENSEN, PLLP**

                  /s/ Daniel L. Gaustad
                  **DANIEL L. GAUSTAD** (ND ID #05282)
                  **JOSEPH E. QUINN** (ND ID #06538)
                  24 North 4th Street
                  Grand Forks, ND  58203
                  Phone: (701) 775-0521; Fax: (701) 775-0524
                  dan@grandforkslaw.com
                  Attorneys for Kenmare Public School, through its
                  Board of Education, and Alex Hennix

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, the following document:

- **Notice of Appearance**

was filed electronically with the Clerk of Court through ECF to the following ECF participant:

Keith Altman: keithaltman@kaltmanlaw.com

**DATED** this 17th day of February, 2023.

**PEARSON CHRISTENSEN, PLLP**

/s/ Daniel L. Gaustad
**DANIEL L. GAUSTAD** (ND ID #05282)
**JOSEPH E. QUINN** (ND ID #06538)
24 North 4th Street
Grand Forks, ND  58203
Phone: (701) 775-0521; Fax: (701) 775-0524
dan@grandforkslaw.com
Attorneys for Kenmare Public School, through its
Board of Education, and Alex Hennix