UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ALLEN REDDING on behalf of minor son D.R., | ) ) ) | **CONSENT/REASSIGNMENT FORM** |
| Plaintiff(s) | ) ) ) | |
| vs. | ) ) ) | Case No.  1:23-cv-00025-CRH |
| KENMARE PUBLIC SCHOOL, et al. | ) ) ) ) | |
| Defendant(s). | ) | |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☑                                        **Reassignment** ☐

Plaintiffs,
Allen Redding on behalf of minor
son D.R.
_____        _____
Party(ies) Represented                                   Party(ies) Represented

<u>/s/  Keith Altman</u>                                        <u>/s/_____</u>
Attorney Signature                                         Attorney Signature

<u>February 23, 2023</u>                                     _____
Date                                                                 Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov