UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ALLEN REDDING on behalf of minor son D.R.,<br><br>　　　　Plaintiff(s)<br><br>vs.<br><br>KENMARE PUBLIC SCHOOL, et al.<br><br>　　　　Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br>Case No.   1:23-cv-00025-CRH |

　　　　Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ✓　　　　　　　　　　**Reassignment** ☐

Kenmare Public School, through its
Board of Education

_____　　　_____
Party(ies) Represented　　　　　　　　　Party(ies) Represented

<u>/s/  Daniel L. Gaustad</u>　　　　　　　　/s/ _____
Attorney Signature　　　　　　　　　　Attorney Signature

<u>March 7, 2023</u>　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov