UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ALLEN REDDING on behalf of minor son D.R., )<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>KENMARE PUBLIC SCHOOL, et al. )<br>)<br>)<br>Defendant(s). ) | **CONSENT/REASSIGNMENT FORM**<br><br><br><br>Case No.   1:23-cv-00025-CRH |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☑        **Reassignment** ☐

Alex Hennix, in her official and individual capacity

_____        _____
Party(ies) Represented                                    Party(ies) Represented

/s/  Daniel L. Gaustad                                    /s/
_____        _____
Attorney Signature                                          Attorney Signature

March 7, 2023
_____        _____
Date                                                                 Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov