UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Allen Redding on behalf of minor son D.R.,<br><br>Plaintiff,<br><br>-vs-<br><br>Kenmare Public School, through its Board of Education; Alex Hennix, in her official and individual capacity; Doe Defendants 1-20, in their individual and official capacity,<br><br>Defendants. | Civil No. 1:23-cv-25<br><br>**DECLARATION OF ALEX HENNIX IN SUPPORT OF THE SCHOOL DEFENDANTS' MOTION TO DISMISS** |

I, Alex Hennix, declare as follows:

[¶1]   I am the Superintendent for the Kenmare School District 28 and have held that position since August 1, 2021. As Superintendent, and a named defendant in this litigation, I am familiar with all factual matters being alleged in the complaint. I make this declaration in support of the School Defendants' Motion to Dismiss.

[¶2]   Attached hereto as Exhibit 1 is a copy of the Kenmare Public School Student Handbook for the 2021-2022 school year.

[¶3]   Attached hereto as Exhibit 2 is a copy of the Kenmare Public School Student Handbook for the 2022-2023 school year which was updated on August 17, 2022.

## CERTIFICATION

[¶4]   I, Alex Hennix, certify under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

[¶5]   DATED this 20 day of April, 2023.

_____
Alex Hennix

1