**KENMARE PUBLIC SCHOOL**
**STUDENT HANDBOOK--2021-2022**
**Kenmare Public School**
**300 7th Avenue**
**PO Box 667**
**Kenmare, ND 58746**
**High School (701)385-4996 Elementary (701)385-4688**

- Introductions
  - Principal(s) letters
  - Mission Statement and School Philosophy
  - KHS Objectives
  - KPS Administration
  - KPS Faculty with school emails
- Student Code of Conduct
- Student Responsibilities
- General Information
  - Regulations & Procedures
    - Section 504
    - Parents' Right to Know
    - Communication
    - Family Educational Rights and Privacy Act (FERPA)
    - Title I
    - Immunizations
  - Daily Procedures & School Grounds
    - Building Hours
    - Students and Driving
    - Students and Parking of Personal Vehicles
    - Lockers
    - School Closing
    - Emergency Procedures
  - PowerSchool
  - Acceptable Use
    - Computer & Network Facilities
    - Use of School Telephone
    - Personal Electronic Devices/Cell Phones
    - School Property
    - School Bus & Regulations
  - Free & Reduced Meals
  - Medication Policy
    - Prescription
    - Non-prescription/Over the Counter
  - Dress Code
    - Dress Code Disciplinary Action

- Attendance and Absenteeism
  - Excused & Unexcused
  - Approved & Unapproved
  - Attendance Policy
  - Attendance & Tardies
  - Leaving School Early or Arriving Late
  - Make-up Work
  - Detention
- Disciplinary Actions
  - Conduct Standards
  - Disciplinary Standards
  - Disciplinary Standards for Special Education Students
  - Prohibited Actions
  - Disciplinary Authority
  - Suspension (In-School)
  - Suspension (Out-of-School)
  - Expulsion
  - Personal Items
  - Care of Property
  - Tobacco, Drugs and Alcohol
  - Weapons Policy
  - Bullying
    - Prohibitions
    - Reporting Procedure
    - Documentation and Retention
    - Investigation Procedures
    - Reporting to Law Enforcement and other Forms of Redress
    - Disciplinary and Corrective Measures
    - Victim Protection Strategies
  - Hazing
    - Prohibition
  - Sexual Harassment
  - Discrimination
- Academics
  - Elementary Report Cards
  - Retention in Elementary
  - High School Report Cards
  - Make-Up Work
  - High School Grading System
  - Honor Roll
  - Class Rank
  - 7-12 Eligibility
  - Elementary Eligibility
  - Registration
  - Correspondence

**Ex. 1**

- - College Credit Classes
    - Dropping/Adding Classes
    - North Dakota Scholarships
    - Kenmare High School Coursework
    - Graduation Course Requirements
- Academic Integrity Policy
- Cheating Policy
- Activities
  - School Sponsored Activities
  - Student Activity Ticket
  - List of Activities Available to Students
  - Elementary Attendance of Extracurricular Activities
  - Extracurricular Transportation
  - Absences and Extracurricular Activities
  - Grades and School Sponsored Activity Trips

+
Letter from High School Principal

Letter from Elementary Principal

## **Mission Statement & School Philosophy**
Today's Students; Tomorrow's World
Today's students will master essential core skills including social behaviors while adapting to a dynamic world. Kenmare Public School will foster communication skills through technology, basic and critical thinking. Our school will develop leadership, independent learning and instill values and life skills in Tomorrow's World.

## **Kenmare Public School Objectives**
1. To promote parent-community-school interactions.
2. To impress upon students the value of an education while positively encouraging students to realize their abilities, to appreciate academic growth and to recognize each student's contribution.
3. To promote a curriculum addressing the needs and desires of each student.
4. To provide extracurricular activities to occupy leisure time in a productive manner.
5. To promote, practice and teach the decision-making process; the skills of studying; the value of responsibility towards oneself, peers, community and environment.
6. To incorporate the students, parents and community's opinions, guidance and knowledge in order to help our students prepare for their place in society, outside of their immediate rural setting.
7. To provide current vocational, social and emotional guidance and counseling.
8. To provide the necessary skills in technology.
*Policy: District Goals & Objectives - Descriptor Code: AAB*

**Kenmare Public School Staff**
The Kenmare School Board is composed of seven members elected by the people of the Kenmare Public School District. The Board is required by the State of North Dakota to appoint a superintendent of schools who is the executive office of the Board and chief administrative office of the Kenmare Public School District. Directly in charge of the Senior High School and the Elementary School are the principals who are responsible to the Board through the superintendent for the operation of the school. Classroom teachers are hired to instruct the students and are responsible to the Board through the Principals and the Superintendent.

**Administration**

| | | |
|---|---|---|
| Superintendent | Alex Hennix | ahennix@mykps.us |
| High School Principal | Fay Froseth | ffroseth@mykps.us |
| Elementary Principal | Keely Heidel | kheidel@mykps.us |
| Administrative Assistant | Amy Harris | aharris@mykps.us |
| High School Secretary | Stacie Hedberg | shedberg@mykps.us |
| Elementary Secretary | Lori Bauer | lbauer@mykps.us |
| Business Manager | MaryAnn Melin | mamelin@mykps.us |
| Athletic Director | Kacy Keysor | kkeysor1@mykps.us |

**Faculty**

| | | |
|---|---|---|
| Career Development/ Counselor | DeVonne Hanson | dhanson@mykps.us |
| Instructional Coach/ Counselor | Leah Holsten | lholsten@mykps.us |
| Technology Coordinator | Taylor Cunningham | tcunningham@mykps.us |

**Elementary Staff**

| | | |
|---|---|---|
| Preschool | Kara Keysor | kkeysor@mykps.us |
| Kindergarten | Sarah Nelson | snelson@mykps.us |
| 1st grade | Lindsay Jelley | ljelley@mykps.us |
| 2nd grade | Peggy Balvitsch | pbalvitsch@mykps.us |
| 3rd grade | Marla Jensen | mjensen@mykps.us |
| 4th grade | Merry Feldman | mfeldman@mykps.us |
| 5th grade | Terese Schmidt | tschmidt@mykps.us |
| | Donna Schmit | dschmit@mykps.us |
| Intervention | Jenna Deaver | jdeaver@mykps.us |
| | Ruth Wallstrum | rwallstrum@mykps.us |
| Special Education | Jessica Gesvalli | jgesvalli@mykps.us |
| | Joan Bodmer | jbodmer@mykps.us |
| Speech | | |
| Physical Education | Kacy Keysor | kkeysor1@mykps.us |
| Music | | |
| Band | | |
| Library | | |

**Middle School Staff**

| | | |
|---|---|---|
| Art/ITV | Courtney Halverson | chalverson@mykps.us |

|  | Band | | |
|---|---|---|---|
|  | ELA (English) | Jackie Rockeman | jrockeman@mykps.us |
|  | Mathematics | | |
|  | Physical Education | Isaiah Steinwand | isteinwand@mykps.us |
|  | Science | Tracey Houck | thouck@mykps.us |
|  | Social Studies | Wendy Larsen | wlarsen@mykps.us |
|  |  | Tim Wallstrum | twallstrum@mykps.us |
|  | Intervention | Wendy Larsen | wlarsen@mykps.us |
|  | Special Education | Joan Bodmer | jbodmer@mykps.us |
|  | Library | Fay Froseth | ffroseth@mykps.us |
| **High School Staff** | | | |
|  | Art/ITV | Courtney Halverson | chalverson@mykps.us |
|  | Business/ Multimedia | | |
|  | Band/Choir | | |
|  | English | Kate McClure | kmcclure@mykps.us |
|  | Health/ Physical Education | Isaiah Steinwand | isteinwand@mykps.us |
|  | Mathematics | Melanie Herman | mherman@mykps.us |
|  | Science | Laura Mibeck | lmibeck@mykps.us |
|  | Social Studies | Tim Wallstrum | twallstrum@mykps.us |
|  | Vo Ag | Ben Curdy | bcurdy@mykps.us |
|  | Special Education | Joan Bodmer | jbodmer@mykps.us |
|  | Speech | Allyson Mayer | amayer@mykps.us |

## Student Code of Conduct

It is the responsibility of each student to conduct themselves in a manner that supports a safe and productive learning environment.  It is vital to our school community that students behave in a respectful, honest, and responsible manner.  Students will adhere to the rules and expectations of each classroom teacher.  These expectations will be upheld in school, while on owned/leased/chartered vehicles, and while at school sponsored events.  Violations of these expectations will result in consequences.

Consequences for misconduct will be fair and developmentally appropriate.  The Superintendent shall develop age-appropriate disciplinary standards in consultation with principals and other applicable district personnel.  In addition, the Superintendent shall develop administrative regulations to assist administrators/their designees with investigating potential conduct violations.

*Policy: Student Conduct & Discipline - Descriptor Code: FF*

## Student Responsibilities:

All students attending Kenmare Public Schools are expected to:

- Adhere to rules and expectations of all school staff.
- Attend and participate in all classes on time, unless excused.
- Gather and complete all make up work when absent.

- Treat all students and staff with respect and compassion.
- Act as exceptional representatives of our school while participating in school sponsored events.
- Dress and groom to meet fair standards of safety, health, and common standards of decency.
- Express ideas in a way that will not demean or slander others.
- Treat the property of the school and others with respect.
- Abstain from gambling, immorality, profanity, using nicotine or intoxicating liquors or drugs on the school grounds, vehicles, or while participating in school sponsored events.
- Be aware of and comply with North Dakota High School Activities Association rules and regulations.
- Be aware of and comply with School Board policies.
- Be aware of and comply with state and local laws.

## General Information
**Section 504**
The Kenmare School District is committed to maintaining a learning and working environment free from discrimination and harrassment in all employment and educational programs, activities and facilities. The District prohibits discrimination and harassmentt based on student and/or employee's race, color, religion, sex, gender identity, national origin, ancestry disablity, age or other statues protected by law.
*Policy: Nondiscrimination and Anti-Harassment Policy - Descriptor Code: AAC*

**Parent's Right to Know**
Written notification must be received before the school can individually test a child. Written notification must be received if there is a change in a child's educational placement. All children have the right to educational evaluation. Parents have access to all relevant student records. All students have the right to due process.
*Policy: Summary of Your Rights as a Parent/Guardian - Descriptor Code: AAC-E2*

**Communication**
The Board desires to maintain open channels of communication between itself and the staff, however, the basic line of communication will be through the Superintendent.
Responsibilities are established using the following line of authority:
1. The Board to the Superintendent
2. The Superintendent to building principals.
3. Each building principal to teachers and staff in his/herbuilding.
4. Teacher to pupil.

Finance and business affairs are handled by the Superintendent and Business Manager.  All other building operations questions are handled by the principal.
*Policy: Board-Staff Relations - Descriptor Code: BFB*

**Family Educational Rights and Privacy Act**

The Family Educational Rights and Privacy Act of 1974 is a United States federal law that governs the access to educational information and records by public entities such as potential employers, publicly funded educational institutions, and foreign governments.

The Kenmare School Board believes that while collection and use of student information is necessary to provide educational and student support services, the District must implement safeguards to ensure information is appropriately protected and used to serve the best interest of students. The purpose of this policy is to establish such safeguards.

*Policy: Student Education Records and Privacy - Descriptor Code: FGA*

**Kenmare Public School participates in Title I:**

Title I is the largest federally funded educational program. The program provides supplemental funds to school districts to assist schools with the highest student concentrations of poverty to meet school educational goals. A Title I school is a school receiving federal funds for Title I students.

**Immunizations**

**Immunization Requirements**

According to ND Administrative Code 33-06-05-01 (2b), minimum requirements for children attending kindergarten through grade twelve shall be age-appropriate immunizations against diphtheria, pertussis, tetanus, poliomyelitis, measles, mumps, rubella, varicella (chicken pox) and meningococcal disease.

For more information, see ND Department of Health immunization chart

http://www.ndhealth.gov/immunize/schools-childcare/

**Immunization Exemptions**

1. A child may enter school upon submitting written proof from a licensed physician or authorized representative of the state department of health stating the child has started receiving the required immunizations. NDCC 23-07-17.1 (2-3)
2. A child, through the child's parents or guardian, may submit to the school either a certificate from a licensed physician stating that the physical condition of the child is such that immunization would endanger the life or health of the child.
3. A certificate is signed by the child's parent or guardian who religious, philosophical or moral beliefs are opposed to such immunization.

**ND Administrative Code 33-06-05-01 (4)**

1. A child with a medical or a beliefs exemption is exempt from any one or all of the immunization requirements. A physician must sign an exemption from indicating the vaccines that are included in the medical exemption.
2. A parent or guardian must sign an exemption form stating the child has a beliefs exemption and indicate which vaccines are exempt because of beliefs.
3. A child with a reliable history of chickenpox disease is exempt from varicella (chickenpox) immunization requirements. A physician or parent/guardian must sign an exemption form stating the child has had chicken pox disease.

**Medical Records and Exemption Forms**

Students' immunization and other health records are maintained by the school district. These records are considered "education records" and are subject to FERPA. Parents have a right under FERPA to inspect and review these health and medical records. In addition, these records may

not be shared with third parties without written parental consent unless the disclosure meets one of the exceptions to FERPA's general consent requirement.

http://www/hhs.gov/ocr/privacy/hipaa/understanding/coveredentities/hipaaferpajointguide.pdf

Exemption forms must be kept on file with the immunization records at the child's school.

**Student Exclusion from School Due to a Health Threat**

1. Failure to provide, at the time of admission, either proof of all required immunizations or valid immunization exemption documentation. (NDCC 23-07-17.1)
2. The student is immunization-exempt, an epidemic has been identified in a district school or schools, and a public health officer has deemed such students' attendance a potential public health threat. (NDCC 23-07-17.1 (6))
3. The student has, or lives with someone who has, a significantly contagious or infectious disease and has not been cleared to attend school under regulations of the local board of health. (NDCC 23-07-16)
4. The student is suspected of suffering from or has been exposed to a communicable condition. (NDCC 33-06-02-01 (4))

*Policy: Laws on Immunizations, Contagious Disease, Reportable Disease, and Significantly Contagious Disease - Descriptor Code: ACBB-E2*

**Daily Procedure and School Grounds**

**Building Hours**

The school building is open to students 30 minutes before school in the morning. It is not necessary for most students to enter the building until 8:10 a.m. At all other times students are allowed in the building by special permission only. The school is closed to students 30 minutes after school is dismissed except by arrangements with a teacher who must be in charge. Students coming 30 minutes before school or staying 30 minutes after school are not permitted to loiter in the hallways or locker bay. The commons area is available for students before and after school.

**Driving**

Driving a car is a privilege and there are certain common-sense rules every person should follow. Students who drive cars to school must observe the following rules:

1. Abide by the speed limit.
2. Comply with parking regulations.
3. Avoid overloading vehicles.
4. Refrain from unnecessary noises such as deliberate tire squealing, muffler devices, etc.
5. Refrain from aimless cruising around the school and neighborhood during the noon periods after lunch.
6. Students must park cars carefully where space is available-not blocking driveways or other vehicles.
7. Students who abuse the driving privilege may be referred to the police with the recommendation driving privileges be suspended. THE SPEED LIMIT IN THE VICINITY OF SCHOOL IS 15 MILES PER HOUR.

**Parking**

Students driving to school should park in the parking lot on the south side of the school. Students are not to park:

1. In the loop in front of the school

2.  On the street in front of the school
3.  The area in the back of the school
4.  Next to the sidewalk

**Emergency Procedures**

Schools are required by law to hold fire drills. In the event of a fire drill or fire, students are to proceed to the nearest exit in an orderly manner. Stay close to the wall nearest you on the way out of the building and move in single file. Teachers in charge of each group should see that all rooms are cleared. In case of a blocked exit, groups should take the nearest alternative route. Students should move clear of the building and remain so until the all-clear signal is given.

**Locker Policy**

Each student is assigned a locker where he/she may store the materials for the school day. These lockers are the property of the school, and as such, can be searched for good cause or reason if it is believed that it contains any material or property which is contrary to good educational practice. Kenmare School is not responsible for any loss of stolen items from lockers. Lockers are provided by the office, and it is recommended that students lock their lockers. Students are not permitted to bring their own locks. Students are not permitted to switch or share lockers. Lockers must be clean of garbage and food. Expect periodic locker checks throughout the school year.

*Policy: Searches of Lockers - Descriptor code: FGCA*

**School Closing**

In the event of severely inclement weather or mechanical breakdowns, school may be closed or starting time delayed. The same conditions may also necessitate early dismissal. School closing, delayed starting, or early dismissal will be announced over the following station, KXMC. Kenmare Public Schools also uses ***Apptegy-Alerts_v2***. This system will make a call to each household with a recorded message stating details for a delayed start and/or a school cancellation. Reports in the morning will be between 7:00 a.m. and 7:30 a.m. If no report is heard, it can be assumed that school will be in session. PLEASE DO NOT CALL THE SCHOOL. Telephone lines must be kept open for emergencies. In case of inclement weather developing during the school day, storm homes may be used. In such a case, the office personnel will contact you to let you know that the buses will not be running and students will be sent to their storm homes, as determined during registration.

**PowerSchool**

It is a web- based application that allows parents and students to log into a secure account from home, school or work. Students and parents may access real-time assignments and student's grades and attendance. Parents and students can request reports; email teachers; and more. Users may access PowerSchool through Kenmare School website (https://www.kenmare.k12.nd.us/) or through **PowerSchool** web address (https://kenmare.ps.state.nd.us/public/home.html)

**Acceptable Use**

**Computer and Network Usage**

The Kenmare School District believes network access plays an important role in the education of students; however, the network also contains content that is not appropriate for students and staff. The District has taken precautions, in accordance with federal law, to restrict students and staff access to obscene, pornographic, and/or harmful information through the use of software

**Ex. 1**

designed to block sites containing inappropriate material.  While the District has taken preventative measures, it recognizes it is not possible to fully guarantee students and/or staff will never access objectionable materials.

**Education of Appropriate Online Behavior**

The District shall provide education to students and staff about appropriate online behavior, including interacting with other individuals on social networking websites, as well as, cyberbullying awareness and response.

**Monitoring Use**

Network access is a privilege, not a right. Network storage areas shall be subject to the same scrutiny as school lockers for students. Students and staff shall have no expectation of privacy when using district computers and/or networks and shall use this technology solely for classroom/district related purposes. Network administrators may view files and communications to maintain the integrity of the system and to ensure proper and responsible use of the system. Teachers and administrators will exercise supervision of student use.

**Prohibition of Certain Computer & Network Usage**

The Superintendent or designee may take disciplinary measures when any of the following actions occur:

1. Accessing, downloading, or publishing inappropriate Internet material;
2. Sending or posting threatening, harassing, insulting, annoying or alarming content;
3. Sending, posting, or using obscene language;
4. Violating the privacy right of students and employees of the District;
5. Vandalizing and/or tampering with district computers and/or networks;
6. Hacking or any other form of unauthorized access to accounts, computer systems or files;
7. Attempting to breach network security or transmit viruses;
8. Violating copyright, trademark, trade secret, or other intellectual property laws;
9. Using the network for political purposes as defined by state law, financial gain, and/or commercial purpose;
10. Accessing social networking or other Internet sites for non curricular purposes;
11. Other actions deemed inappropriate or not in the best interest of the District, its employees, and students.

**Violations**

Violations of this policy, or any federal/state law, rule or regulation, may result in loss of network privileges, as well as further disciplinary action up to and including suspension or expulsion for students or termination of employment for staff, as determined by the Superintendent or designee.

## Student Use of Electronic Devices

**Prohibitions**

All personal electronic devices must be turned off and stored in the high school office during the school day.  The Kenmare School District prohibits the carrying and use of personal communication devices and other electronic devices by students in district buildings during the instructional day (as defined by each building principal) and when otherwise prohibited by the building principal and the Superintendent.

The District also prohibits the possession of camera and text messaging features on cellular phones during the instructional day as defined by each building principal, and when otherwise prohibited by the building principal and superintendent.

Other electronic devices, including but not limited to audio devices, image-recording devices, devices that allow for an unfiltered connection to the internet, portable games, and other devices that transmit a signal are prohibited on district property and while students are attending school-sponsored activities and events. This prohibition does not apply to authorized use of district-owned electronic devices.

Possession and/or use of any image-recording device in an area where there is a reasonable expectation of privacy is strictly prohibited and will result in confiscation of the device.

**Disciplinary Consequences**

Students in violation of any portion or other student conduct policies will be subject to disciplinary procedures and confiscation of the electronic device.  If a student's cell phone or other electronic device is confiscated, the building principal or Superintendent may search the confiscated device in accordance with the district's searches of students' policy.  If a school official suspects that a student possesses or is disseminating an image that potentially violates NDCC 12.1-27.1-03.3 s/he may report this matter to law enforcement for investigation. Disciplinary action up to and including suspension and/or expulsion may also be taken against any students using an electronic device in a manner that violates other district policy or causes a substantial disruption to the educational environment.

**Exceptions**

The Superintendent and/or his/her designee is authorized to make exceptions to the prohibitions set forth in this policy for health, safety, or emergency reasons, for students in attendance as active members of a volunteer firefighting organization or volunteer emergency medical service organization, and when use of electronic devices is provided for in a student's Individualized Education Program (IEP).

*Policy: Students Use of Electronic Devices- Descriptor Code: FFI*


**Use of Telephones**

The telephones in the office are for business use only.  Students are not to use the phone in the office without permission from the principal or office personnel.  A phone in the commons area is for student use.


**Bus Conduct Policy**

It is the objective of the Kenmare Public School District to provide safe transportation to the district's students. Therefore, the district has disciplinary authority over students while being transported in district-owned, leased and/or contracted vehicles to and from school during school-sponsored curricular and extracurricular events. The Superintendent shall determine the level of disciplinary authority that shall be given to school vehicle drivers and develop regulations. The building principal shall be responsible for handling student misconduct on school vehicles.

*Policy: Bus Conduct - Descriptor Code: FFC*

**Conduct Requirements**

Students shall be required to abide by all applicable district conduct and safety policies while in district vehicles.  The Superintendent may develop additional, specific regulations related to conduct in school vehicles.

**Violations**

Students who violate any of these policies or rules may be subject to the consequences contained in applicable student discipline policies.

When the conduct of a special education student transported in a school vehicle poses a transportation safety risk or when the conduct otherwise violates policy to the extent that it compels the District to reconsider the student's transportation arrangement, prior to making a removal decision, the District shall determine the following:

1. If transportation is part of the student's Individualized Education Program (IEP);
2. If removal would constitute removal from the education program as determined by the following factors:
   a. There is a significant distance between the student's home and school;
   b. There are no alternative means of public or private transportation;
   c. The school has not made appropriate arrangements to provide for the student's education.

If criteria one or two above is applicable, the IEP Team will develop an alternative means of providing transportation to the special education students in accordance with the Individual with Disabilities Education Act (IDEA) regulations or will treat such student's removal from school transportation as suspension from the educational program and will follow the procedure for suspension contained in the district's suspension/expulsion policy and in IDEA regulations.

**Bus Conduct Violation Regulations/Guidelines**

Students who violate any of these guidelines/rules may be subject to the consequences outlined below as well as other applicable student discipline policies.

Violations include but not limited to the following:

1. Refusing to obey the school bus or vehicle driver
2. Failure to remain seated while bus/vehicle in motion
3. Hanging out the window
4. Fighting, horseplay, bullying
5. Vandalism, which the damage will be paid for by the offender
6. Profane language, yelling or screaming
7. Use of alcohol/tobacco products, bringing weapons on board
8. Throwing objects

**Consequences**

The school bus driver or school vehicle driver shall notify the appropriate building principal of the student's conduct violation.

- First Offense: The principal shall give the student a verbal warning and parents will be notified. Student and parents shall be informed that further violation/offense(s) will result in day(s) of riding privileges being suspended. The principal shall document the offense in the student file.
- Second Offense: The students will be suspended from riding all Kenmare School buses/vehicles for 1-3 school days. The principal shall notify the student and parents and document the offense in the student's file.

- Third Offense: The student shall be suspended from riding all Kenmare School buses/vehicles for 5 school days. The principal shall notify the student and parents and document the offense in the student's file.
- Fourth Offense: The student shall be suspended from riding all Kenmare School buses/vehicles for a minimum of 30 school days or the remainder of the semester whichever is greater. The principal shall notify the student and parents and document the offense in the student's file.
- Severe Offense: Is a violation of the rules and regulations of safe conduct by a student on buses/vehicles which shall result in the student instantaneously suspended from riding the remainder of the year.

The appropriate building principal shall be responsible for informing and carrying out the policy consequences and informing the Superintendent, as needed, of student violations. In the absence of the principal(s), drivers shall notify the Superintendent.
*Policy: Bus Conduct Guidelines - Descriptor Code: FFC-AR*

## Free and Reduced Meals
Parents are encouraged to apply for free and reduced meals if they feel they meet the guidelines. This is a federal program aimed at helping reduce meal costs for families. Applications are available in the offices and can be submitted anytime during the school year.
*Policy: Food Service Program - Descriptor Code - IB*

## Medications
Requirements for Parents/Guardians Prior to District Providing Medication:
A parent/guardian must sign a written form authorizing his/her students to receive medication from an eligible school medication provider prior to carrying out this service. A new authorization form is required anytime the student has a change in his/her medication regimen, when a new medication is provided, when the District assigns a new medication provider to the student and the beginning of each school year.  This form must include the following:
1. For over-the-counter medication: Must include instructions from the parent/guardian on how, when and how long to provide medication.  Request to provide a dosage other than as recommended by the manufacturer shall require approval from an appropriate healthcare provider.
2. For prescription drugs: Requires written authorization and instructions from an appropriate healthcare provider on how, when, and how long to provide medication.
3. For more than one medication (prescriptions, over-the-counter medications, or both): Must include information from a healthcare provider certifying the drugs are not known to adversely interact with information on how to avoid any known adverse drug interactions.
4. For students with allergies: If a student has any known allergies, the parent/guardian shall provide this list of allergies to the school with all medication requests and include certification from a healthcare provider that the student is not known to be allergic to medication that the school is requested to provide. This list must be accompanied with certification the student has knowledge of all of

his/her known allergies and has received education and training on signs and symptoms of allergic reactions and how to prevent them.

5. For all requests for the school to provide medications:
   a. Contact numbers for the student's parents/guardian and healthcare provider(s)
   b. Waiver of confidentiality allowing administration or the eligible school medication provider to contact the student's healthcare provider(s) with questions or concerns and allowing the District to share information about the student's health condition and/or medication regimen with any school employee/volunteer with a legitimate need to know.
   c. Information on possible adverse reactions and side effects associated with each medication the parent/guardian is requesting the school to provide and certification students have been educated in possible side effects.

*Policy: School Medication Program - Descriptor Code: ACBD*

## Dress Code

Students are expected to dress in a way that is appropriate for school.

1. Clothing that reveals undergarments, midriffs or backs may not be worn at school or during school sponsored events.
2. Shorts, skirts, and dresses should be an appropriate length and coverage.
3. Articles of clothing with alcohol, tobacco, drugs, obscene or vulgar language or pictures will not be allowed.
4. No caps, hoods pulled over the head, or bandanas.
5. Backpacks will not be allowed in the classroom and must remain in a student's locker during the school day.
6. Students are not permitted to wear coats during school hours.  All coats are required to remain in the student's locker.
7. During the COVID19 pandemic, cloth face coverings will be required when social distancing is not possible.

Students found in violation of the dress code may be asked to change or turn their clothing inside out, administration and faculty are authorized to take action in these instances. Repeated violations of dress code policy are subject to further consequences.

## Attendance and Absenteeism

Kenmare School believes in the value of regular school attendance. Being in class contributes to student learning in ways that doing homework assignments alone cannot provide. Additionally, class attendance is an indication of effort and effort is a trait worthy of development by the educational process. High school students must attend a course a sufficient number of times to gain knowledge and participate in the class exercises. Elementary students must be present for at least 5/7 of a school day for a full day of attendance.

Therefore, Kenmare School will abide by the following attendance requirements and policies.

"Any person having responsibility for a child between the ages of seven and sixteen years shall ensure that child is in attendance at a public school for the duration of each school year."

Article 15. 1-20-01. Compulsory attendance. School Attendance-ND Century Code.

## Attendance Policy

1. Parents or guardians are to call the office on the day the student is absent to verify the absence. If a call is not made, the student must bring a note to the principal or main office signed by the parent or guardian explaining the absence.
2. Students will be allowed 10 absences per class per semester. Any absence beyond that number will result in a school board review. If a student has used his/her 10 days, the student will be ineligible for school sponsored activities. The only absences
   a. Those that occur due to school sponsored activities, since these are considered an educational experience.
   b. Bereavement in the immediate family (grandmother, grandfather, father, mother, sister, brother). The principal may review any extended bereavement.
   c. Subpoenas to appear in court or court-order, out of the district placements for special services.
   d. Illness or hospitalization verifies by a doctor's statement and signature.
3. Absences that will be counted in the 10 day limit will include the following but not be limited to: family trips, workdays, vacations, visiting friends or relatives, hair, medical, dental, or photography appointments, hunting, court appearances, or any others not mentioned which are unacceptable to the principal.
4. After the 8th absence, contact will be made to the parent of guardian and the student explaining the policy, a copy of the attendance record, and also indicating the severity of the situation and explaining in detail the alternatives for non-compliance.

*Policy: Attendance & Absences - Descriptor Code: FFB*

**Attendance & Tardies**

Attendance will be recorded every period at Kenmare High School. The following guidelines will be used to determine absentees:

1. Students are required to not be in class a minimum of 35 minutes before being counted absent for the class period.
2. After the third tardy, a student will earn detention. There will be notification sent home and time allowed to make arrangements to attend the assigned detention.
3. A student must attend school for the last 3 periods of a school day prior to a performance to participate in a school related activity.

**Leaving School Early or Arriving Late**

When it is necessary for a student to leave school early, a parent (or guardian) must call or a signed note must be brought by 8:40 a.m. on the day the student plans on leaving early. If a student arrives at school late, then he/she should bring a signed note from a parent (or guardian) or a call from a parent should be made prior to the student's arrival. It would be greatly appreciated if parents would notify the office a few days in advance, if possible.

**Make-up work**

When absences occur, students are required to see each teacher for make-up work assignments. For every day absent, the student has two days to make up work. If students know of a future absence, they must get a pre-arranged absence form from the office and use it to visit each teacher to obtain their make-up work ahead of time. The work must be turned in the day before they leave or the morning of the absence.

**Detention**

Detention will occur Wednesday evenings from 3:30 p.m. to 5:00 p.m.  Students who fail to serve the first time will receive two detentions.  Students who fail to serve a second time will

receive an in-school suspension. Students must make arrangements for transportation. Students will serve detention on the day assigned even if the detention may interfere with the student's job or school activities in which they are involved (practice, game, meets, etc.).

Detention is an area of supervised study. Any student who does not have work to do will be assigned work in an area of his/her classes. Students are expected to begin work immediately in detention. No visiting with others, playing games, using cell phones, listening to music, or eating.

## Disciplinary Action

This policy and disciplinary regulations shall comply with and be disseminated in accordance with the negotiated agreement.

### Conduct Standards

Students will be expected to conduct themselves in a manner fitting their age level and maturity, in a manner that will not impede on the orderly conduct of district schools, and will be expected to respect the rights of others on district property, including but not limited to, district owned/leased/chartered vehicles, at school-sponsored events, and off-campus when student conduct has or is reasonably predicted to have a substantially disruptive effect on district operations and/or the educational environment.

### Disciplinary Standards

Consequences for misconduct will be fair and developmentally appropriate in light of the circumstances.  The superintendent shall develop age-appropriate disciplinary standards in consultation with principals and other applicable district personnel.  In addition, the Superintendent shall develop administrative regulations to assist administrators/their designees with investigating potential conduct violations.

Disciplinary policies, procedures, and guidelines need not be identical in content district wide but must:

1. Be identical in content for all district elementary schools;
2. Be identical in content for all district middle schools;
3. Be identical in content for all district high schools.

### Disciplinary Standards for Special Education Students

District employees are required to comply with the Individuals with Disabilities Education Act when responding to violations of students conduct standards by special education students.

### Prohibited Disciplinary Actions

The Board recognizes that reasonable physical force may occasionally be necessary to guard the safety and well-being of students or employees or to deliver a student to an administrator's office; however, the use of corporal punishment, defined as the willful infliction of physical pain on a student, is not allowed in the Kenmare School District.  Corporal punishment does not include action taken by an employee for self-defense, protection of person or property, obtaining possession of a weapon or other dangerous object, to quell a verbal disturbance for the preservation of order, or pain in discomfort caused by athletic competition or recreational activities voluntarily engaged in by a student.

Complaints alleging that a district employee inflicted corporal punishment will be dealt with in accordance with school board policy on personal complaints.

### Disciplinary Authority

Regulations on disciplinary standards and investigation procedures shall delineate the degree of disciplinary authority that the District shall grant to teachers and principals in accordance with the negotiated agreement.

Other school personnel shall be granted disciplinary authority by the principal on a case-by-case basis based on the nature and scope of the employee's duties.  Personnel granted such disciplinary authority shall be required to comply with this policy and any disciplinary authority limits established by regulations.  Employees unauthorized to administer student discipline shall report student misconduct to the appropriate school authority.

*Policy: Student Conduct & Discipline - Descriptor Code: FF*

### Suspension (In-School)

Loss of privilege to attend class and activities.  Student will report to the office and teachers will assign class work that needs to be completed.  Credit is given for work completed during in-school suspension.  All work must be completed by the next school day.  Credit given is determined by the classroom teacher.

*Policy: Suspension & Expulsion - Descriptor Code: FFK*

### Suspension (Out-of-School)

Loss of privilege to attend class and activities.  Student is not allowed on school property for the duration of the suspension.

*Policy: Suspension & Expulsion - Descriptor Code: FFK*

### Expulsion

Expulsion shall not be for more than the maximum duration permitted by law and the District shall follow the procedure for conducting and expulsion hearing contained in state law.

*Policy: Suspension & Expulsion - Descriptor Code: FFK*
*Policy: Suspension & Expulsion - Descriptor Code: FFK-BR*

### Personal Items

Students are responsible for the retention of personal items.  Kenmare Public Schools will not assume responsibility for the loss of these items.

### Care of Property

Students are responsible for all school property issued to them.  Students will be expected to pay for lost, stolen, or damaged property.

### Tobacco, Drugs, and Alcohol

Kenmare School District shall strive to provide a learning environment that is safe, drug free, and conducive to learning.  The following substances are prohibited on school grounds.

- Alcohol or any alcoholic beverages;
- Controlled substances or dangerous drugs as defined by NDCC Sections 19-03. 1-05 through 19-03. 1-13 and 19-03. 1-26 (paraphernalia) or as defined by Section 812. Schedules I-V, of Title 21, United States Code, Section 801, et seq., including but not limited to marijuana, any narcotic drug, any hallucinogen, any stimulant or depressant, and all other illicit drugs;

- Any glue, aerosol paint, or any other chemical substance used for inhalation;
- Any prescription or non-prescription drug, medicine, vitamin or other chemical including, but not limited to aspirin, other pain relievers, stimulants, diet pills, multiple or other type vitamins, pep pills, "no-doze" pills, cough medicines and syrups, cold medicines, laxatives, stomach or digestive remedies, depressants, sports or muscle-building supplements, and sleeping pills not administered and/or taken with appropriate consent and authorization from parents, school administration, and, if applicable, a health care provider.
It shall be against school policy for any student to:

- Sell, deliver, or give, or attempt to sell, deliver or give to any person of the substances listed in this policy or sell, deliver, or give, or attempt to sell, deliver, or give to any person substances the student represents or believes to be a substance(s) listed in this policy.
- Possess, procure, purchase, or receive, or attempt to possess, procure, purchase, or receive the substances listed in this policy, or what is represented by or to the student to be any of the substances listed in this policy, or what the student believes is any of the substances listed in this policy.
- Be under the influence of (legal intoxication not required), use, consume, or attempt to use or consume the substances listed in this policy or what is represented by or to the student to be any of the substances listed in this policy or what the student believes is any of the substances listed in this policy.
- Knowingly or intentionally aiding or abetting in any of the above activities.

*Policy: Student Alcohol & Other Drug Use/Abuse - Descriptor Code: ABBA*

## **Weapons Policy**
Students, parents, and the public are prohibited from knowingly possessing, or transmitting on school property a firearm, dangerous weapon, or any object that is used, attempted to be used, or threatened to be used to intimidate or cause bodily harm.
*Policy: Carrying Weapons - Descriptor Code: FFD*
*Policy: Weapons Prohibition on School Property - Descriptor Code: KADA*

## **Bullying**
Bullying, as defined in NDCC 15.1-19-17 is:

1. Conduct that occurs in a public school, on school district premises, in a district owned or leased school bus or school vehicle, or at any public school or school district sanctioned or sponsored activity or event and which:
    a. Is so severe, pervasive, or objectively offensive that it substantially interferes with the student's educational opportunities;
    b. Places the student in actual and reasonable fear of harm;
    c. Places the student in actual or reasonable fear of damage to property of the student; or
    d. Substantially disrupts the orderly operation of the public school; or

2. Conduct that is received by a student while the student is in a public school, on school district premises, in a district owned or leased school bus or school vehicle, or at any public school or school district sanctioned or sponsored activity or event and which:

    a.  Is so severe, pervasive, or objectively offensive that it substantially interferes with the student's educational opportunities;
    b.  Places the student in actual and reasonable fear of harm;
    c.  Places the student in actual and reasonable fear of damage to property of the student; or
    d.  Substantially disrupt the orderly operation of the public school.

Conduct includes the use of technology or other electronic media (e.g. cyberbullying). Off-campus bullying, including texts, emails, etc. are also prohibited.

**Prohibitions**

While on school property a student or school staff member may not:

1.  Engage in bullying.
2.  Engage in reprisal or retaliation against:
    a.  A victim of bullying;
    b.  An individual who witnesses an alleged act of bullying;
    c.  An individual who reports an alleged act of bullying; or
    d.  An individual who provides information/participates in an investigation about an alleged act of bullying.
3.  Knowingly file a false bullying report with the District.

Off-campus bullying that is received on school property is also prohibited.  The District may have limited disciplinary authority to respond to such forms of bullying.

**Reporting Procedure**

Reporting requirement for school staff:

    Any school staff member with knowledge or suspicion of a violation of this policy or who has received an oral or written report of a violation of this policy from a student, community member, or anonymously shall contact the building principal to inform them as soon as possible.  If the alleged violation implicates the building principal, the school staff member shall report it to the Superintendent.  If the alleged violation implicates the Superintendent, the school staff member shall file it with the Board President.

Should school administration determine that a school staff member knew of or suspected a violation of this policy and failed to report it in accordance with the procedure above, the staff member may be subject to disciplinary consequences or, for sponsors of school-sanctioned activities, or other corrective measures.

Students and community members (including parents) may report known or suspected violations of this policy using any of the following methods:

1.  Completing a written complaint form (ACEA-E4).  A complainant will have the option of including their name on this form or filing it anonymously.  The District will place the form in a variety of locations throughout the school and should inform students and staff

of these locations.  The form may be returned to any school staff member, filed in a school building's main office, or placed in a designated drop box located in each school.

2. Complete and submit an online complaint form.  A complainant will have the option of including their name on the form or submitting it anonymously.
3. File an oral report with any school staff member.

A complaint file anonymously may limit the district's ability to investigate and respond to the alleged violations.

**Documentation and Retention**

The District shall develop a form to report alleged violations of this policy (ACEA-E3).  The form should be completed by school staff when they:

1. Initiate a report of an alleged violation of this policy; or
2. Receive an oral report of an alleged violation of this policy.

The form should be completed by an administrator when they:

1. Initiate a report of an alleged violation of this policy; or
2. Receive an oral report of an alleged violation of this policy.

All written reports of an alleged violation of this policy received by the District shall be forwarded to the appropriate school administrator for investigation and retention.

Report forms and all other documentation related to an investigation of an alleged violation of the policy shall be retained by the District for six years after a student turns 18 or graduates from high school, whichever is later.  If a student does not graduate from the District, such reports and investigation material shall be retained for six years after the student turns 18.

**Investigation Procedures**

School administrators (i.e. a principal, an assistant superintendent, or the superintendent) or the Board President, if the Superintendent is implicated, are required to investigate violations of this policy (as prescribed under "Prohibitions"), when in receipt to investigate violations of actual notices of an alleged violation.  Actual notice of an alleged violation occurs when alleged bullying, reprisal, retaliation, or false reporting is reported using the applicable method(s) prescribed in the reporting section of this policy.

Upon receipt of a report of an alleged policy violation, the designated administrator shall first determine if the alleged policy violation is based on a protected status – whether actual or perceived.  Reports involving a protected status shall be investigated in accordance with the district's harassment/discrimination policy, including the timelines contained therein.

In all other cases, administration shall determine the level of investigation necessary based on the nature of the alleged violation of this policy after considering factor such as, but not limited to: the identity of the reporter and their relationship to the victim/alleged perpetrator; the ages of the parties involved; the detail content, and context of the report; whether or not this report is the first of its type filed against the alleged perpetrator.  Based on the level of investigation the administrator deems necessary, investigations may include any or all of the following steps or any other investigatory steps that the administrator deems necessary:

1. Identification and collection of necessary and obtainable physical evidence *(NOTE: In some cases physical evidence may be unobtainable, e.g., a private social networking profile).*
2. Interviews with the complainant, the victim, and/or the alleged perpetrator.  At no time during an investigation under this policy shall the victim/complainant be required to meet with the alleged perpetrator.
3. Interviews with any identified witnesses.
4. A review of any mitigating or extenuating circumstances.
5. Final analysis and issuance of findings in writing to the victim and bully and, if applicable, implementation of victim protection measures and disciplinary measures under this or other applicable policies.

Investigations shall be completed within **no more than 60** days unless the administrator documents good cause for extending this deadline.  Such documentation should be sent to the victim and alleged perpetrator during the investigation.

**Reporting to Law Enforcement & Other Forms of Redress**

Law enforcement must be notified if an investigation by a school administrator or Board President results in reasonable suspicion that a bullying incident constituted a crime.  Nothing in this policy shall prevent a victim/their family from seeking redress under state and federal law.

**Disciplinary & Corrective Measures**

Students who the District has found to have violated this policy shall be subject to disciplinary consequences and/or corrective measures.  When determining the appropriate response to violations of this policy, administration shall take into account the totality of circumstances surrounding the violation.  Measures that may be imposed include, but are not limited to:

1. Require the student to attend detention.
2. Impose in- or out-of-school suspension or recommend expulsion.  Due process procedures contained in the district's suspension and expulsion policy shall be followed.
3. Recommend alternative placement.  This recommendation shall be submitted to the Superintendent for approval or denial.  The superintendent may approve such recommendations only if the student has been given notice of the charges against him/her and an opportunity to respond.
4. Create a behavioral adjustment plan.
5. Refer the student to a school counselor.
6. Hold a conference with the student's parent/guardian and classroom teacher(s), and other applicable school staff.
7. Modify the perpetrator's schedule and take other appropriate measures (e.g., moving locker) to minimize contact with the victim.
8. If applicable, contact the administrator of the website on which the bullying occurred to report it.

If the misconduct does not meet this policy's definition of bullying, it may be addressed under other district disciplinary policies.

For bullying initiated off campus and received on campus (e.g. cyberbullying), the District only has authority to impose disciplinary measures if the bullying substantially disrupted the

educational environment or posed a true threat.  In all other cases of off campus bullying received on campus, the District may only take corrective measures as described in the items five through eight above.

If the perpetrator is a school staff member, the District shall take appropriate disciplinary action including, but not limited to: a reprimand, modification of duties (only if allowed by applicable policy, the negotiated agreement, and/or the individual's contract), suspension, or a recommendation for termination/discharge in accordance with any applicable law.

**Victim Protection Strategies**

When the District confirms that a violation of this policy has occurred, it should notify the victim's parents and shall implement victim protection strategies.  These strategies shall be developed on a case-by-case basis after the administration has reviewed the totality of the circumstance surrounding the bullying incident(s) or other violation of this policy.  Strategies may include, but not be limited to, the following:

1.  Additional training for all students and applicable staff on implementation of this policy and/or bullying prevention.
2.  Notice to the victim's teachers and other staff to monitor the victim and his/her interaction with peers and/or the assignment of a staff member to escort the student between classes.
3.  Assignment of district staff to monitor, more frequently, areas in the school where bullying has occurred.
4.  Referral to counseling services for the victim and perpetrator.
5.  Modification of the perpetrator's schedule and other appropriate measures imposed on the perpetrator (not the victim) to minimize the perpetrator's contact with the victim.

*Policy: Bullying Policy - Descriptor Code: ACEA*

**<u>Hazing</u>**

Hazing means committing and acting against a student or coercing a student into committing an act that creates a risk of harm to a person in order for the student to be initiated into or affiliated with a school-sponsored student organization or for any other school-related purpose.  Hazing includes but is not limited to:

1.  Any type of physical brutality such as whipping, beating, striking, branding, electric shocking, or placing a harmful substance on the body.
2.  Any type of physical activity that adversely affects the mental or physical health or safety of the student such as, but not limited to: sleep deprivation, exposure to extreme weather, confinement in a restricted area, calisthenics, or other activity that subjects the student to a risk of harm.
3.  Any activity involving the consumption of any alcoholic beverage, drug, tobacco product, or any other food, liquid, or substance that subjects the student to unreasonable risk or harm or that adversely affects the mental or physical health or safety of the student.
4.  Any activity that intimidates or threatens the student with ostracism; subjects a student to stress, embarrassment, shame or humiliation; adversely affects the mental health or dignity of the student; or discourages the student from remaining in school.

5. Any activity that causes or requires the student to perform a task that involves violation of state or federal law or of school district policies or regulations.

**Prohibitions**

Hazing is seriously disruptive to the educational environment and is therefore strictly prohibited on and off school property and at school-sponsored events.  No student, district employee, volunteer, or contractor shall plan, direct, encourage, aid, or engage in hazing.  No district employee, volunteer or contractor shall permit, condone, or tolerate hazing.  Individuals found to be in violation of this policy shall be subject to disciplinary consequences in accordance with district policy and law.  In addition, the District may refer individuals in violation of this policy to law enforcement.  Apparent permission or consent by a person being hazed does not lessen the prohibitions or consequences contained in this policy.

*Policy: Hazing - Descriptor Code: ACEB*

## Sexual Harassment

Sexual harassment is defined as the unwelcome sexual advancement, request for sexual favors, and other unwelcome verbal or physical conduct of a sexual nature.  Sexual harassment may include but is not limited to:

- Sex oriented verbal "kidding", abuse, or harassment;
- Pressure (subtle or otherwise) for sexual activity;
- Repeated remarks to a person with sexual or demeaning implications;
- Unwelcome touching, such as patting, pinching, or intentional brushing against another's body;
- Suggesting or demanding sexual involvement accompanied by implied or explicit promises of preferential treatment or threats concerning one's educational status.

Any person who believes he or she has been the victim of sexual harassment by any employee or student of the school district or any third person with knowledge or belief of conduct which may constitute sexual harassment should report the alleged acts immediately to the supervisor.  If the official designated is the person alleged to have sexually harassed another, the complaint may be made to any other administrator or directly to the board president.  Filing of a complaint or otherwise report of sexual harassment will not reflect upon the individual's status or affect future employment, work assignments, or grades.

*Policy: Nondiscrimination and Anti-Harassment Policy - Descriptor Code: AAC*

## Discrimination

No student or employee of the Kenmare Public School District #28 shall, based on sex, color or religion be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity conducted by the district.

The school district will treat its students without discrimination on the basis of sex, color or religion in regard to access and participation in course offerings, athletics, counseling, employment assistance, and extra-curricular activities as prescribed by the Title IX regulation.

*Policy: Discrimination and Harassment Grievance Procedure - Descriptor Code: AAC-BR*

<u>**Academics**</u>

**Elementary Report Cards**

The Kenmare Public School operates on a semester grading period. Report cards will be issued at the end of each semester.

Communication is an essential part of the educational program. Parents are encouraged to make contact with their child's teacher with any concerns they may have at any time throughout the year.

Grading systems for elementary students

- Students in grades K-2: Standards-based report cards
  - "M" Mastered the Standard
  - "N" Nearing Mastery
  - "I" Improvement Needed
  - "U" Unable to Demonstrate an Understanding of the Standard
- Students in grades 3-6:
  - 90-100%--A
  - 80-89%--B
  - 70-79%--C
  - 65-69%--D
  - Below 64%--F

**Retention in Elementary**

The Kenmare School District believes that whenever possible, a child should progress with his/her own age group. Occasionally, it will be necessary to retain a child in the same grade for another year. The decision is not based entirely upon the child's ability to meet grade levels in subject areas. His/her physical, social, emotional and intellectual needs are also taken into consideration.

*Policy: Grade Promotion, Retention and Acceleration - Descriptor Code: GCAA*

**High School Report Cards**

The Kenmare Public School operates on semester grading periods. Report cards will be issued at the end of each semester.

Communication is an essential part of the educational program. Parents are encouraged to make contact with their child's teacher(s) with any concerns they may have at any time throughout the year.

**Make-Up Work**

When absences occur, students are required to see each teacher for make-up work assignments. Several teachers use Google Classroom and Google Calendar. With this technology, students and parents can locate information about assignments, in addition to a student visiting with their teachers.

For every day absent, the students have two (2) days to make up the work. A student must turn in the work in two (2) days whether it was one class period missed or an entire day.

If students know of a future absence, they must get a pre-arranged absence form from the office, using it to visit with each of their teachers to obtain their make-up work ahead of time. The work must be turned in before the actual absence.

**High School Grading System**

Grades on report cards and permanent records are letter grades and correspond to the following numeral values.

| | |
|---|---|
| 90-100% - A | "A" indicates exceptionally fine work |
| 80-89% - B | "B" indicates better than average work |
| 70-79% - C | "C" indicates average work |
| 65-69% - D | "D" indicates below average work |
| Below 64% - F | "F" indicates failure |

Grades "A, B, C and D" are passing. The grade given at the end of the semester is a cumulative grade for the entire semester and will be the grade recorded on the report card.

Students with incompletes will have two (2) weeks from the date report cards were issued for the incomplete to be removed. After the two (2) weeks, the incomplete becomes a failure unless circumstances warrant an extension of time granted by the principal.

**Honor Roll**

Straight "A" Honor Roll:

Only students with all "A's" on their current semester report cards

"A" Honor Roll:

Students with a current semester grade point average of 3.5 or better

"B" Honor Roll:

Students with a current semester grade point average of 3.0 to 3.4

*Chorus does not count toward the honor roll.

**Class Rank**

Determining class rank is adding all of the semester points for the four years (grades 9-12) and dividing this number by the number of course units the student has taken in school.

Class rank is determined during the second semester and is part of the student's record, used primarily for college applications.

A valedictorian and salutatorian will be determined after the first semester of the senior year.

To be selected as a Junior Class Marshal, a student needs a GPA of 3.50 or above.

**Eligibility**

Students representing Kenmare High School have a responsibility to be at their best when appearing either at home or in other communities. They are expected to indicate by both dress and behavior that they are proud to be members of the organizations they represent. The following are rules of eligibility for all activities in which students compete with other schools. A student is considered ineligible if

- Student entered school later than the first six (6) weeks period.

**Ex. 1**

- Student has competed in a sport for four (4) years as a high school student.
- Student has competed on an outside team after the high school season starts, with the exception of summer activities.
- Student has enrolled in an institution of higher rank than a high school.
- Student did not earn credits in four subjects the preceding semester
- Student graduated from a four-year high school or equivalent.
- Student is twenty (20) years of age or more
- Student is not an amateur.
- Student competed under an assumed name.
- Student transferred from another school without corresponding change of residence by student's parents.
- Student is in the ninth (9th) semester of attendance.
- Student is in their eighth (8th) semester and their seventh (7th) and eighth (8th) semesters are not consecutive.
- Student does not have a doctor's certificate of physical fitness issued before practice for sport begins.
- Student has played in any post-season interscholastic football or basketball game.
- If student use or possess tobacco, alcohol, or other harmful substances. Illegal use or possession of narcotics or habit-forming drugs is prohibited. Any co-curricular participant who indulges in any of these harmful practices will be suspended from all game participation of public appearance from the date of the infraction for a period of six (6) consecutive school weeks for the first offense, and for a period of eighteen weeks for any subsequent offense.
- If a student has any failing grades. Grades will be checked on a weekly basis. Eligibility or ineligibility will also be applied on a weekly basis. A student must have zero (0) "F's" each week.
- If student has any "F's" in grades 7-12.
- If student has missed more than ten (10) days of school or ten (10) times in a class per semester.
- If a student violates the drug and alcohol policy during the summer months, a student will be ineligible for the first six (6) weeks of school.

*Policy: Extracurricular Participation Requirements - Descriptor Code: FFE*

**Elementary Eligibility**

Every student who participates in extra-curricular activities such as cross country, basketball, wrestling, football, etc., cannot be failing ANY subject. This ruling is based upon the North Dakota High School Activities Association requirements and will be followed by the Kenmare School system.

A student who has not attended a regular school day may not participate in extracurricular activities scheduled for that same day.

**Registration**

Pre-registration, or, request for subjects, will be conducted in early spring for the next year's classes. It is essential students make careful selection of courses. Any change in pre-registration should be checked in the counselor's or principal's office. Registration will be conducted in August.

**Correspondence**

Students may take elective courses through the ND Center for Distance Education approved by administration, provided the course is not being offered at Kenmare High School. All correspondence course must be approved by the high school principal or superintendent before students enroll in them for the credit to be transferred to Kenmare High School.

**College Credit Classes**

For acceptance into early entry/dual credit courses, a student must have an ACT score of 18 in English and an ACT score of 21 in Mathematics.

**Dropping/Adding Classes**

- Course changes can be made during the first week of semester courses and during the first two weeks of full year courses.
- Students who sign up to take an ITV class must notify the principal of their intent to drop a class before the course starts. If not, the student is responsible for completing the course. Careful consideration must be taken when signing up for an ITV class.
- Students must fill out a Schedule Change Form when considering adding or dropping a class.
- Withdrawal from a course after a two-week period results in a failing grade being entered on the student's permanent record. Final approval of course changes will be issued by the principal.

**North Dakota Scholarships**

The State of North Dakota offers two different types of scholarships with specific criteria for each type. General requirements for the scholarships are as follows

- Must be a North Dakota resident graduating from a North Dakota high school, or a public high school bordering state according to NDCC 15.1-29, or a nonpublic school in a bordering state while residing with a custodial parent in North Dakota (NDCC15.1-21-02.6), or completes a program of home education supervised in accordance with NDCC chapter 15.1-23
- Any four (4) units of English
- Three (3) units of Science including Biology (1 unit); either of the following combinations: Physics (1 unit) AND Chemistry (1 unit); or Physical Science (1 unit) AND any other science course (1 unit)

- Three (3) units of Social Studies including United States History (1 unit); Problems of Democracy (1 unit) or United States Government (½ unit) AND Economics (½ unit); and any other social studies course (1 unit)
- Three (3) units of Mathematics including Algebra II (1 unit) and any other math courses (2 units). This may include a computer science course (1 unit) approved by the Superintendent of Public Instruction.
- Physical education (1 unit) or physical education (½ unit) AND health (½ unit)
- One (1) unit selected from foreign language, Native American language, American Sign Language, fine arts, or CTE
- Earn no grade lower than a "C" on any unit required for the scholarship.
- Earn a cumulative GPA of a 3.0 or higher on a 4.0 scale.

The two types of scholarships are the Academic Scholarship and the Career and Technical Scholarship. The requirements for the Academic Scholarship are as follows

- Complete one (1) unit of math for which Algebra II is a prerequisite. (This can be included in the three total math courses required).
- Complete two units of
    - Same foreign language
    - Same Native American language
    - Same American Sign Language
    - OR two (2) units of CTE from a coordinated plan of study

    Any five (5) additional units
- Complete one (1) unit of an AP course AND exam, or half (½) unit of a dual credit course, or one (1) unit of an early entrance college course from a college with a physical presence in North Dakota.
- Earn a composite score of 24 or higher on an ACT test OR a score of at least "5" on each of the three (3) designated WorkKeys assessments.

**Kenmare High School Coursework**

A student must have completed successfully four major subjects (science, mathematics, English, social studies) in both 7th and 8th grade to be promoted to the 9th grade. Failure to do so assigns the student to the same grade the next year.

**Graduation Course Requirements**

Students graduating from Kenmare High School must successfully complete twenty-four (24) credits which include the following requirements:

- Four (4) units of the **English** which include English 9; English 10; English 11 or Advanced English 11; and English 12 or College English 110 & 120. Students must enroll in an English course each of their eight semesters in high school
- Three (3) units of **Mathematics** which include Algebra I and two (2) additional courses
- Three (3) units of **Social Studies** which include one (1) unit of United States History; one (1) unit of Problems of Democracy and one (1) unit of elective coursework

- Three (3) units of natural laboratory **Science** which include Biology, Physical Science and one elective
- Half (½) unit of **Word Processing**; half (½) unit of **General Business**; half (½) unit of **Personal Finance**
- One and a half (1 ½) unit of **Physical Education** at the rate of one-half unit per year in grades 9-12. A medical excuse from a doctor will excuse a student from physical education
- Half (½) unit of **Health**

| | |
|---|---|
| **English**<br>English 9<br>English 10<br>English 11 or Advanced English 11<br>English 12 or College English 110 & 120 | **4 credits** |
| **Mathematics**<br>Algebra I<br>Two (2) additional math credits | **3 credits** |
| **Social Studies**<br>United States History<br>Problems of Democracy<br>One (1) additional social studies credit | **3 credits** |
| **Science**<br>Biology<br>Physical Science<br>One (1) additional science credit | **3 credits** |
| **Physical Education**<br>Health 10<br>One and a half (1 ½) additional physical education credit at rate of ½ credit per year. | **2 credits** |
| **Business**<br>Personal Finance; General Business; Word Processing | **1 ½ credits** |
| **Electives** | **7 ½ credits** |
| **TOTAL CREDITS required for graduation** | **24 credits** |

**<u>Academic Integrity Policy</u>**

Kenmare Public School expects all students to abide by ethical academic standards. Academic dishonesty, including but not limited to

- Plagiarism is to commit literary theft; to steal or pass off as one's own ideas or words and to create the production of another. When you use someone else's words, you must put quotation marks around them and give the writer or speaker credit by citing the source. Even if you revise or paraphrase the words of someone else, you must give the author credit. You must also cite any images, graphs or tables taken from a source.
- Cheating includes, but is not limited to copying, or giving an assignment to a student to be copied. Cheating also includes using, supplying or communicating, in any way, through unauthorized materials which can include textbooks, notes, calculators, computers or other unauthorized technology, during an exam, project or assignment.
- Forgery or stealing includes, but is not limited to, gaining unauthorized access to exams or answers to an exam, altering computer or grade-book records, or forging signatures for the purpose of academic advantage.
- Using technology for illicit purposes
- Unauthorized communication between students for the purpose of gaining advantage during an examination

The Academic Integrity Policy covers all school related work, which includes but is not limited to tests, quizzes, reports, class assignments and projects, both in and out of the classroom. The determination that a student has engaged in academic dishonesty shall be based upon specific evidence provided by the classroom teacher or other supervising professional employee, taking into consideration written materials, observations or information from others.

Students found to have engaged in academic dishonesty shall be subject to disciplinary, as well as, academic penalties, as outlined below.

- Grade reduction on assignment
- Parent notification
- Referral to principal
- Zero on assignment
- Parent/student/teacher/principal conference
- Detention
- Dismissal from senior privileges
- Dismissal from extra-curricular activities (high school)
- Suspension

*Policy: Kenmare Public Schools Academic Integrity Policy - Descriptor Code: FFM*

## **Cheating Policy**

- Any student caught cheating should receive an F on the test, project, paper and/or daily work computed by giving the student the lowest score possible on the assignment. Repeated cheating should, at least, result in the student receiving a zero on a test, project, paper, and/or daily work and may result in the student failing the class based on the severity and number of cheating incidents. The principal shall give the student and parent

notice and an opportunity to respond prior to the teacher and principal making a decision
concerning the student's final grade.
- Each cheating incident shall be reported to the building principal and to the student's
parent/guardian in writing.
- The extracurricular participation policy contains additional repercussions for cheating
*Policy: Cheating Policy - Descriptor Code: FFM-AR*

## ACTIVITIES
### School Sponsored Activities
School sponsored activities (club activities, dances, parties, etc) must be arranged by an advisor.
The arrangements must be cleared with the principal prior to the event. Events must be
chaperoned and should not be held on Wednesday evenings.
During dances, the doors will be locked one hour after the start of the event. Anyone who leaves
the building after the doors have been locked will not be permitted to return.
### Student Activity Ticket
All Kenmare students (K-12) and staff will receive free admission into activities. This does not
include district, regionals or state activities such as basketball tournaments. The Kenmare school
feels if there is educational value in these events, such as concerts, drama, athletics, etc., it is
important that all students be exposed to them.
### List of Activities Available to Students--Should I list as Extracurricular or activities

| | |
|---|---|
| FBLA (Future Business Leaders of America) | FFA |
| Speech | Drama |
| Band | Chorus |
| Math Track Meets | Math Counts |
| Spelling Bee | Geography Bee |
| Envirothon | CloseUp |
| Student Council | Annual Staff |
| Football | Cross Country |
| Volleyball | Wrestling |
| Girls Basketball | Boys Basketball |
| Track & Field (girls & boys) | Golf (girls & boys) |
| Academic Olympics | Baseball |
| Trap Club | Softball (girls) |

### Elementary Attendance of Extracurricular Activities
Students in Grade 6 and below will not be permitted to attend any activity in which they are not a
participant unless a responsible person accompanies them.
- The responsible person must be at least 16 years old.
- The responsible person oversees the direct supervision of the child.
- The authorities may be notified of under-aged, unaccompanied children.

Any students acting inappropriately will be disciplined in accordance with the discipline policy.

**Extracurricular Transportation**

The District shall provide transportation to students participating in extracurricular activities to/from practice and to/from extracurricular events. Students are prohibited from transporting themselves or sharing a ride with other students when transportation is for the purpose of practicing for or participating in an extracurricular activity.

Parents may request administrative approval to transport his/her child to/from practice and/or to/from extracurricular events. The Superintendent shall only approve such requests if the following criteria are met:

- The request is made in writing and signed by the parent.
- The parent signs a waiver of district liability in the event of an injury and/or accident that occurs while the parent is providing extracurricular transportation.
- The parent signs an agreement that s/he will only provide extracurricular transportation to his/her own child.
- The Superintendent is able to verify the authenticity of parental signatures required under criterion one through three above.

*Policy: Extracurricular Transportation - Descriptor Code: IEAF*

Each school vehicle will be chaperoned by an adult appointed by the district.

**Attendance at Extracurricular Activities**

Students who have exceeded their ten (10) absences, either in total school days or in one or more classes, will not be permitted to attend school sponsored activities.

**School Sponsored Activity Trips**

If a student is failing multiple classes, the student may not be eligible to attend school sponsored activities.