# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ALLEN REDDING on behalf of minor son D.R., <br><br> *Plaintiff,* <br><br> v. <br><br> KENMARE PUBLIC SCHOOL, *et al.,* <br><br> *Defendants.* | **CASE NO. 1:23-cv-00025-CRH** |

### PLAINTIFF'S STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

**NOW COMES** Plaintiff ALLEN REDDING, by and through his attorney, with this Stipulated Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and hereby states the following:

1. Defendants filed their Motion to Dismiss on April 20, 2023 (ECF 12, 13).

2. Plaintiff's Response to Defendants' Motion to Dismiss is currently due on May 11, 2023.

3. Plaintiff's attorney is legally blind. While accommodations are in place, it takes Mr. Altman considerably longer to read, write and prepare documents.

4. Plaintiff respectfully requests an additional 21-day extension of time to file their Response to Defendants' Motion to Dismiss, making the Response due on or before June 1, 2023.

5.   Plaintiff has conferred with the Defendants on the present Motion. Defendants have advised that they will stipulate to this Motion.

6.   This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

7.   Due to the nature of this motion, Plaintiff requests that the necessity for a separate memorandum of authorities be waived.

**WHEREFORE,** the Plaintiff, by and through their undersigned counsel, respectfully requests that the Court grant this Stipulated Motion for Extension of Time.

Date: May 3, 2023                                Respectfully Submitted,

Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Keith Altman, do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record as listed in the Service List in effect on the date of electronic filing.

SO CERTIFIED, this 3rd day of May, 2023.

/s/ *Keith Altman*
Keith Altman, Esq.