IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Allen Redding on behalf of minor son, D.R., ) <br> ) <br> Plaintiff, ) <br> ) **ORDER** <br> vs. ) <br> ) <br> Kenmare Public School, through its Board ) <br> of Education; Alex Hennix, in her official ) <br> capacity and individual capacity; Doe ) Case No. 1:23-cv-025 <br> Defendants 1-20, in their individual and, ) <br> official capacity ) <br> ) <br> Defendants. ) | |

On January 17, 2025, the court issued an order approving the Parties' Stipulation for Approval of Notice of Potential Disclosure of Records. (Doc. No. 46). It also issued a Notice of Potential Disclosure of Students Records. (Doc. No. 47).

On January 20, 2025, the Parties filed a Stipulation to Suspend and Continue Scheduling Order and Trial. (Doc. No. 48). They agreed that a significant amount of time with be needed to complete the process of notifying non-parties of the potential disclosure of confidential and protected records. They request that the court suspend the deadlines to complete discovery, file discovery motions, disclose experts, conduct discovery depositions of experts, and file dispositive and non-dispositive motions. They also request that the court suspend the final pretrial conference and jury trial respectively scheduled for December 30, 2025, and January 12, 2026.

The court **ADOPTS** the Parties' Stipulation to Suspend and Continue Scheduling Order and Trial (Doc. No. 48). The deadlines to complete discovery, file discovery motions, disclose experts, conduct discovery depositions of experts, and file dispositive and non-dispositive motions are

stayed. The final pretrial conference and jury trial are cancelled with the understanding that they will be rescheduled at a later date. Upon completion of the procedure for possible disclosure of non-party records, as per the Parties' Stipulation for Approval of Notice of Potential Disclosure of Records and order approving it, the Parties will request a status conference with the Court to re-set the aforementioned deadlines and reschedule the final pretrial conference and trial.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
