IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Dawson Redding, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenmare Public School, et al., | ) | Case No. 1:23-cv-025 |
| | ) | |
| Defendants. | ) | |

On August 14, 2025, the Parties filed a "Stipulation to Amend Scheduling Order and Trial, and Request for Court Status Conference." (Doc. No. 70). The court **ADOPTS** the Parties' stipulation and amends the pretrial deadlines as follows:

(1) All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: December 1, 2025.

(2) Discovery motion are due by January 2, 2026.

(3) The deadlines for exchanging complete expert witness reports are as follow:

    (a) January 2, 2026, for Plaintiff's Expert Witness Disclosures and Reports;

    (b) February 2, 2026, for Defendants' Expert Witness Disclosures and Reports; and

    (c) February 16, 2026, for Plaintiff's Rebuttal Expert Disclosures and Reports.

(4) Discovery depositions of expert witnesses shall be completed by March 16, 2026.

(5) Dispositive motions are due by April 15, 2026.

(6) Nondispositive motions are February 2, 2026.

As the parties have agreed to the aforementioned deadlines, shall dispense with a status conference and deem their request for one **MOOT**.

    **IT IS SO ORDERED.**

Dated this 15th day of August, 2025.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court