IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Dawson Redding, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenmare Public Schools, et al., | ) | Case No. 1:23-cv-025 |
| | ) | |
| Defendants. | ) | |

On November 20, 2025, the Parties filed a "Stipulation to Modify the Scheduling and Planning Order." (Doc. No. 74). The court **ADOPTS** the Parties' stipulation (Doc. No. 74) and amends the pretrial deadlines as follows:

(1) All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: March 2, 2026.

(2) Discovery motion are due by April 1, 2026.

(3) The deadlines for exchanging complete expert witness reports are as follows:

(a) April 1, 2026, for Plaintiff's Expert Witness Disclosures and Reports;

(b) May 1, 2026., for Defendants' Expert Witness Disclosures and Reports; and

(c) May 15, 2026, for Plaintiff's Rebuttal Expert Disclosures and Reports

(4) Discovery depositions of expert witnesses shall be completed by June 15, 2026.

(5) Dispositive motions are due by July 15, 2026.

(6) Nondispositive motions are May 1, 2026.

The final pretrial conference on October 13, 2026, shall be rescheduled for February 9, 2027, at

9:00 AM by telephone. To participate in the conference, please call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial schedule for October 26, 2026, shall be rescheduled for February 22, 2027, at 9:30 AM in Bismarck (courtroom 1) before Judge Traynor. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 24th day of November, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court